## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER LEE SMITH | ) | Case No. 21−31975−KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

**AFFIDAVIT OF JENNIFER LEE SMITH IN SUPPORT OF OBJECTION TO CLAIM**

JENNIFER LEE SMITH hereby states as follows:

1. My name is JENNIFER LEE SMITH. I am above the age of 18 years, and competent to make this affidavit.

2. I am the Debtor in the above-captioned case and I have personal knowledge of the facts set forth in this affidavit.

3. I am objecting to Claim Number 7 by First Investors Financial Servicing Corporation for a purported secured debt in the amount of $21,409.42 ("Claim") on the grounds that the Claim is not secured.

4. The Claim purports to be secured by a 2011 Nissan Maxima-V6 ("Vehicle").

5. The Vehicle was repossessed by First Investors and was subsequently sold at auction in October 2018.

6. One of the exhibits to the Claim is a check from America's Auto Auction Virginia for $5,880.00 as proceeds from said auction.

7. The Claim is unsecured and should be treated as such in this case.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

WITNESS the following signature and seal on August 31, 2021.

/s/ JENNIFER LEE SMITH (seal)
JENNIFER LEE SMITH

State of Virginia
At Large; to wit:

The foregoing instrument was signed on August 31, 2021 by JENNIFER LEE SMITH.

/s/ Alfred A. Wilson
Notary Public

My Commission Expires:    April 30, 2022
Notary Registration Number:    7767477